**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Maria Soledad Nunez

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOLEDAD NUNEZ | No. EDCV08-00923 (RZ) |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES AND COSTS |
| v | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees and costs ("Stipulation"),

IT IS ORDERED that counsel for Plaintiff, as assignee of the Plaintiff, is awarded attorney fees under the Equal Access to Justice Act in the amount of THREE THOUSAND THREE HUNDRED EIGHTEEN DOLLARS AND SEVENTY-TWO CENTS ($3,318.72) and costs in the amount of THREE HUNDRED SIXTY-SEVEN DOLLARS and EIGHTY-SEVEN CENTS ($367.87), as authorized by 28 U.S.C. §§ 1920 and 2412(d), and subject to the terms of the Stipulation.

Dated: April 24, 2009    _____
UNITED STATES MAGISTRATE JUDGE

1